360 A.2d 660

COMMONWEALTH

v.

CUMMINGS, Appellant.

Submitted March 24, 1975. Philip M. Cullen and J. Elvin Kraybill, Assistant Public Defenders, for appellant; Michael H. Ranck, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.